IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00727-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

JULIAN GARCIA,

    Plaintiff,

v.

[NO NAMED DEFENDANTS],

    Defendant.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

On March 28, 2016, Plaintiff Julian Garcia submitted a Letter, ECF No. 1, to the Court challenging the denial of his right to drive.  To the extent that Plaintiff intends to proceed with an action in this Court at this time the instant action has been opened.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the document is deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action at this time.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Application to proceed without prepaying fees or costs**:
(1) _X_     is not submitted
(2) ___     is not on the proper form (Plaintiff may find the Court-approved form at www.cod.uscourts.gov.)
(3) ___     is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

1

(4) __        is missing certificate showing current balance in prison account
(5) __        is missing required financial information
(6) __        is missing authorization to calculate and disburse filing fee payments
(7) __        is missing an original signature by the prisoner
(8) __        is missing affidavit
(9) __        names in caption do not match names in caption of complaint, petition or habeas application
(10) X        other: Rather than proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, Plaintiff may pay the $400 filing fee in full.

**Complaint, Petition or Application**:
(11) X        is not submitted
(12) __       is not on proper form (Plaintiff may find the Court-approved form at www.cod.uscourts.gov.)
(13) __       is missing an original signature by the prisoner
(14) __       is missing page nos.
(15) __       uses et al. instead of listing all parties in caption
(16) __       names in caption do not match names in text
(17) __       addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __       other:

Accordingly, it is

ORDERED that if Plaintiff desires to proceed with this action at this time, he shall cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain a Complaint form and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), along with the applicable instructions, at www.cod.uscourts.gov.  Plaintiff must use the Court-approved forms when curing the deficiencies.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED March 29, 2016, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge